| | |
|---|---|
| This space for Recorder's use | |
| Recording Requested By:<br>**Bank of America**<br>Prepared By:<br>**Rozan Centeras**<br>888-603-9011<br>450 E. Boundary St.<br>**Chapin, SC 29036** | When recorded mail to:<br>CoreLogic<br>450 E. Boundary St.<br>Atta: Release Dept.<br>Chapin, SC 29036 |

Property Address:
**18 Constitution Ave**
**Hampden, ME 04444-1330**
Property Location:
**Township of HAMPDEN**
MRO-AM 15706594          9/21/2011

MIN #:                                              MERS Phone #:   888-679-6377

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is 3300 S.W. 34th Avenue, Suite 101 Ocala, FL 34474 does hereby grant, sell, assign, transfer and convey unto BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP whose address is 13150 WORLD GATE DR, HERNDON, VA 20170

all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

| | |
|---|---|
| Original Lender: | **SUN MORTGAGE - NEW ENGLAND, INC.** |
| Borrower(s): | **STEPHEN R. VIGNEAULT AND TREASE N. VIGNEAULT, AS JOINT TENANTS** |
| Date of Mortgage: | **9/29/2006** |
| Original Loan Amount: | **$208,500.00** |

Recorded in Penobscot County, ME on: 10/2/2006, book 10652, page 323 and instrument number 35983

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on
**7-22-11**

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

By: _____
Lorena Malaquias, Assistant Secretary

EXHIBIT

**D**

State of Arizona
County of Maricopa

On **9.22.11** before me, **Yannith Ramos**, Notary Public, personally appeared Lorena Malaquias of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., whose identity was proven to me on the basis of satisfactory evidence to be the person who he or she claims to be and whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

IN WITNESS WHEREOF, I hereunto set my hand and affixed my notorial seal the day and year last written.

Notary Public: **Yannith Ramos**
My Commission Expires: **3.17.14**



OFFICIAL SEAL
YANNETH RAMOS
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires March 17, 2014

Attached to Assignments of Mortgage

Dated: 9.22.11

ReF: Vigneault

2 pages including this page

DocID#