## ASSIGNMENT OF MORTGAGE

MIN:

Mortgage Electronic Registration Systems, Inc., a Delaware corporation, holder of a mortgage given by Stephen R. Vigneault and Trease N. Vigneault to Mortgage Electronic Registration Systems, Inc., as nominee for SUN MORTGAGE New England, Inc., its successors and assigns, dated September 29, 2006, and recorded in the Penobscot County Registry of Deeds in Book 10652, Page 323, assigns said mortgage with all rights and for the purposes set forth therein to Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP.



EXHIBIT E

Vigneault, 18 Constitution Avenue, Hampden, Maine 04444-0000

IN WITNESS WHEREOF, Mortgage Electronic Registration Systems, Inc. has caused this instrument to be executed by ___Youda Crain___ its ___Assistant Secretary___ thereunto duly authorized, this ___16th___ day of ___September___ 2011.

WITNESS:                                           Mortgage Electronic Registration Systems, Inc.

_____              By: _____
  Ard Auna                                                       Youda Crain Assistant Secretary

## ACKNOWLEDGMENT

State of California
County of ___Ventura___ )

On ___Sept. 16, 2011___ before me, ___Linda Tasci, Notary Public___
(Insert name and title of the officer)

Personally appeared ___Youda Crain___
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

LINDA TASCI
Commission # 1926809
Notary Public - California
Los Angeles County
My Comm. Expires Feb 26, 2015

Signature _____ (Seal)

PENOBSCOT COUNTY, MAINE
_Susan F. Bulay_
Register of Deeds

Vigneault, 18 Constitution Avenue, Hampden, Maine 04444-0000

PENOBSCOT, SS
A TRUE COPY ATTEST
_Mary F. Falyon_
Dep REGISTER 12/6/2018