| | |
|---|---|
| Property Address:<br>18 Constitution Avenue<br>Hampden, ME 04444-1330<br>Property Location:<br>Township of HAMPDEN<br>ME0-AM 32435037 4/14/2015 FNN331A | This space for Recorder's use<br><br>Recording Requested By:<br>**Bank of America**<br>Prepared By:<br>Lisa Campbell Moore<br>813-615-3557<br>4909 Savarese Circle<br>Tampa, FL 33634<br><br>When recorded mail to:<br>**CoreLogic**<br>Mail Stop: ASGN<br>1 CoreLogic Drive<br>Westlake, TX 76262-9823 |

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is **4909 SAVARESE CIRCLE, TAMPA, FL 33634** does hereby grant, sell, assign, transfer and convey unto **FEDERAL NATIONAL MORTGAGE ASSOCIATION** whose address is **14221 DALLAS PARKWAY SUITE 1000, DALLAS, TX 75254** all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

| | |
|---|---|
| Beneficiary: | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR SUN MORTGAGE - NEW ENGLAND, INC., ITS SUCCESSORS AND ASSIGNS |
| Borrower(s): | STEPHEN R. VIGNEAULT AND TREASE N. VIGNEAULT, AS JOINT TENANTS |
| Date of Mortgage: | 9/29/2006 |
| Original Loan Amount: | $208,500.00 |

Recorded in Penobscot County, ME on: 10/2/2006, book 10652, page 323 and instrument number 35983

**Contact Federal National Mortgage Association for this instrument c/o Seterus, Inc, 14523 SW Millikan Way #200, Beaverton, OR 97005, telephone # 1-866-570-5277, which is responsible for receiving payments.**

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on 4/15/15

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP

By: *Joseph Luis Rosario*
Joseph Luis Rosario, Assistant Vice President

**EXHIBIT F**

State of FL, County of Hillsborough

The foregoing instrument was acknowledged before me this __APR 1 5 2015__, by Joseph Luis Rosario, Assistant Vice President of BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP, on behalf of the corporation. He/she is personally known to me or has produced ___NA___ as identification.

Notary Public: _Trupti Jani_
My Commission Expires: __1/26/2019__

Trupti Jani
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF192658
Expires 1/26/2019

DocID#

PENOBSCOT COUNTY, MAINE
Susan F. Burley
Register of Deeds

PENOBSCOT, SS
A TRUE COPY ATTEST
_Mary F. Falcone_
Dep REGISTER 12/6/2018