## Quitclaim Assignment

WHEREAS, Sun Mortgage - New England, Inc., is identified as the "Lender" on a certain mortgage executed by Stephen R. Vigneault and Trease N. Vigneault, and bearing the date of September 29, 2006, securing the property located at 18 Constitution Avenue, Hampden, in the County of Penobscot and State of Maine and recorded in the Penobscot County Registry of Deeds in Book 10652, Page 323 (hereinafter the "Mortgage");

WHEREAS, Lender wishes to convey and assign any and all rights it may have under the Mortgage to Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 ("Assignee"); and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, Lender hereby assigns and quit claims to Assignee all of its rights, title and interests (whatever they may be, if any) in the Mortgage to Assignee.

Sun Mortgage - New England, Inc.

*[signature]*

STATE OF Maine
COUNTY OF Penobscot )

Then personally appeared the above named Chad R. Norris and acknowledged the foregoing instrument to be their free act and deed. August 1, 2019.

Before me,

*[signature]* Dennell K Baker
Notary Public
My Commission expires:

(SEAL)

Dennell K. Baker
Notary Public, Maine
My Commission Expires
November 18, 2024

EXHIBIT G