## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1** | **CIVIL ACTION NO: 1:19-cv-00572-DBH** |
| **Plaintiff** | |
| vs. | **RE:**<br>**18 Constitution Avenue, Hampden, ME 04444** |
| **Stephen R. Vigneault and Trease N. Vigneault** | **Mortgage:**<br>**September 29, 2006**<br>**Book 10652, Page 323** |
| **Defendants**<br>**NCEP,LLC** | |
| **Party-In-Interest** | |

## AFFIDAVIT OF MATTHEW N. KELLY

I, Matthew N. Kelly, hereby depose and state as follows:

1. I researched Wilmington Trust, National Association and MFRA Trust 2015-1.

2. Wilmington Trust is a National Association, exists under the Certificate of Authority issued by the Comptroller of Currency and is located in Wilmington, Delaware. *See* Exhibit A.

3. MFRA Trust 2015-1 is a statutory trust organized under the laws of Delaware. *See* Exhibit B.

4. Neither Wilmington Trust, National Association nor MFRA Trust 2015-1 have offices in Maine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of July, 2021.

                                                                                          /s/ Matthew N. Kelly
                                                                                          Matthew N. Kelly

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.                                              Dated this 2nd day of July, 2021

COUNTY OF ESSEX

On this 2nd day of July, 2021, before me, the undersigned notary public, personally appeared Matthew N. Kelly, who proved to me through satisfactory evidence of identification to be the person whose name is signed on this document, who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

    /s/Doreen L. Lucido
Notary Public
Commission Expires:
10/18/2024