## National Banks Active As of 5/31/2021

| CHARTER NO | NAME | ADDRESS (LOC) | CITY | STATE | CERT | RSSD |
|---|---|---|---|---|---|---|
| 23412 | U.S. Bank Trust Company, National Association | 111 Southwest Fifth Avenue | Portland | OR | 34588 | 2567123 |
| 24090 | U.S. Bank Trust National Association | 300 Delaware Avenue, Suite 901 | Wilmington | DE | 57047 | 2916963 |
| 23604 | U.S. Bank Trust National Association SD | 141 North Main Avenue | Sioux Falls | SD | 34813 | 2667920 |
| 22874 | UMB Bank & Trust, National Association | 2 South Broadway | St. Louis | MO | 34065 | 2337335 |
| 23920 | UMB Bank, National Association | 1010 Grand Avenue | Kansas City | MO | 8273 | 936855 |
| 7236 | Union National Bank | One Fountain Square Plaza | Elgin | IL | 3661 | 963730 |
| 24346 | United Bank & Trust National Association | 2101 S. Center Street | Marshalltown | IA | 57391 | 3103591 |
| 25160 | United Midwest Savings Bank, National Association | 101 South Main Street | Degraff | OH | 32441 | 809276 |
| 23981 | United National Bank | 722 North Broad Street | Cairo | GA | 35427 | 2914727 |
| 21008 | Unity National Bank of Houston | 2602 Blodgett Street | Houston | TX | 26351 | 853251 |
| 15790 | Valley National Bank | 615 Main Avenue | Passaic | NJ | 9396 | 229801 |
| 24121 | Vanguard National Trust Company, National Association | Vanguard Boulevard | Malvern | PA | 57304 | 3045383 |
| 25147 | Varo Bank, National Association | 11781 South Lone Peak Way, Suite 100 | Draper | UT | 59190 | 5518023 |
| 17174 | Vast Bank, National Association | 110 N. Elgin Avenue | Tulsa | OK | 23737 | 347956 |
| 13443 | VeraBank, National Association | 201 West Main Street | Henderson | TX | 3250 | 56351 |
| 25210 | Viking Bank, National Association | 4277 Dakota Street | Alexandria | MN | 32082 | 484776 |
| 25202 | Village Bank & Trust, National Association | 234 West Northwest Highway | Arlington Heights | IL | 34011 | 2298995 |
| 23616 | Virginia National Bank | 222 East Main Street | Charlottesville | VA | 34755 | 2708122 |
| 12591 | Vision Bank, National Association | 101 East Main Street | Ada | OK | 4029 | 241157 |
| 25073 | Washington Federal Bank, National Association | 425 Pike Street | Seattle | WA | 28088 | 656377 |
| 24685 | Waterford Bank, National Association | 3900 North Mccord Road | Toledo | OH | 58433 | 3588424 |
| 24469 | Webster Bank, National Association | 137 Bank Street - Webster Plaza | Waterbury | CT | 18221 | 761806 |
| 17202 | Wellington Trust Company, National Association | 280 Congress Street | Boston | MA | 23741 | 692704 |
| 11668 | Wells Fargo Bank South Central, National Association | 2005 Taylor Street | Houston | TX | 5146 | 2362458 |
| 1 | Wells Fargo Bank, National Association | 101 North Philips Avenue | Sioux Falls | SD | 3511 | 451965 |
| 23201 | Wells Fargo Delaware Trust Company, National Association | 919 North Market Street, Suite 1600 | Wilmington | DE | 34485 | 2531991 |
| 21099 | Wells Fargo National Bank West | 4455 Spring Mountain Road | Las Vegas | NV | 27389 | 1225761 |
| 2597 | Wells Fargo Trust Company, National Association | 2389 Washington Boulevard | Ogden | UT | 13718 | 688079 |
| 24185 | West Texas National Bank | #6 Desta Drive, Suite 2400 | Midland | TX | 22957 | 237066 |
| 24683 | West Valley National Bank | 2440 North Litchfield Road | Goodyear | AZ | 58426 | 3480069 |
| 6352 | Western National Bank | 210 2nd Street, NW | Cass Lake | MN | 5110 | 278751 |
| 13116 | Western National Bank | 201 North Central Avenue | Duluth | MN | 5131 | 127055 |
| 10971 | Western National Bank | 523 Thayer Avenue | Chester | NE | 4778 | 199351 |
| 25203 | Wheaton Bank & Trust Company, National Association | 100 North Wheaton Avenue | Wheaton | IL | 33803 | 2044811 |
| 23918 | Wheaton College Trust Company, National Association | 501 College Avenue | Wheaton | IL | 57150 | 2960788 |
| 22859 | Wilmington Trust, National Association | Rodney Square North, 1100 North Market Str | Wilmington | DE | 34069 | 2265456 |
| 25142 | Winter Park National Bank | 201 North New York Avenue | Winter Park | FL | 59105 | 5143788 |
| 25196 | Wintrust Bank, National Association | 231 South LaSalle Street | Chicago | IL | 33935 | 2239288 |
| 10865 | WNB Financial, National Association | 204 Main Street | Winona | MN | 5280 | 220059 |
| 16892 | Woodforest National Bank | 1330 Lake Robbins Drive | The Woodlands | TX | 23220 | 412751 |
| 23926 | Woodlands National Bank | 122 Main Street | Hinckley | MN | 1417 | 980951 |
| 24343 | Worthington National Bank | 200 West Main Street | Arlington | TX | 57414 | 3150205 |
| 14955 | Zapata National Bank | 703 Hidalgo Blvd | Zapata | TX | 18454 | 218261 |
| 4341 | Zions Bancorporation, National Association | One South Main Street | Salt Lake City | UT | 2270 | 276579 |

811



EXHIBIT A