Department of State: Division of Corporations

Allowable Characters

HOME

## Entity Details

### THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 5778177 | Incorporation Date / Formation Date: | 7/1/2015 (mm/dd/yyyy) |
| Entity Name: | MFRA TRUST 2015-1 | | |
| Entity Kind: | Statutory Trust | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | WILMINGTON TRUST, NATIONAL ASSOCIATION |
| Address: | RODNEY SQUARE NORTH 1100 NORTH MARKET STREET |
| City: | WILMINGTON County: New Castle |
| State: | DE Postal Code: 19890 |
| Phone: | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

[Submit]

[View Search Results]    [New Entity Search]

or help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

https://icis.corp.delaware.gov/eCorp/EntitySearch/NameSearch.aspx 1/1



EXHIBIT B